CO-386-online
10/03

# United States District Court
# For the District of Columbia

County of San Miguel, Colorado, et al.,  )
)
)
)
vs   Plaintiff   )   Civil Action No. _____
)
)
Julie MacDonald, et al.,   )
)
Defendant   )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____**Plaintiffs**_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

No plaintiff has outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____[signature]_____
Signature

470258
BAR IDENTIFICATION NO.

Amy R. Atwood, Western Environmental Law Center
Print Name

1216 Lincoln Street
Address

Eugene      OR      97401
City        State    Zip Code

541-485-2471, ext. 105
Phone Number