UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | |
| Plaintiffs, | |
| v. | Civ. No. 06-1946 (RBW) |
| MACDONALD, *et al.*, | |
| Defendants. | |

## **PLAINTIFFS' MOTION FOR REBEKAH S. KING'S ADMISSION *PRO HAC VICE* AND SUPPORTING MEMORANDUM**

Pursuant to Local Civil Rule 83.2, counsel for plaintiff moves for the admission, *pro hac vice*, of Rebekah S. King, for purposes of appearing as co-counsel for plaintiff in this case. In support of this motion, plaintiff submits the attached certification of Ms. King, which attests to the following:

1. Ms. King received her J.D. from the University of Denver School of Law in May 2002, and was admitted to the State Bar of Colorado on October 29, 2002, where she continues to be a member in good standing before the Supreme Court of Colorado.

2. Before working for San Miguel County, Ms. King worked for private law firms in both Telluride and Denver, Colorado, and clerked for the Honorable Gregory J. Hobbs, Jr. at the Colorado Supreme Court. Ms. King became Assistant San Miguel County Attorney on May 1, 2006, and she has been assigned to handle this case.

3. Ms. King is familiar with the facts of this case and has been responsible for assisting with the drafting and filing the Complaint. Accordingly plaintiffs wish Ms. King to

represent them in this case.  Ms. King will be supervised at all times by her co-counsel, Amy R. Atwood, who has been a member of the bar of this Court since 2001.

4. As the attached declaration certifies, Ms. King is personally familiar with the Local Rules of this Court, the U.S. Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility, and she will adhere to all such rules.

5. Counsel for plaintiff has discussed this motion with defendants' counsel, who have indicated that defendants do not oppose Ms. King's participation *pro hac vice*.

DATED:  January 3, 2007            Respectfully submitted,

*s/Amy R. Atwood*
Amy R. Atwood (D.C. Bar No. 470258)
atwood@westernlaw.org
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
(541) 485-2471 (telephone)
(541) 485-2457 (facsimile)

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> MACDONALD, *et al.*, <br><br> Defendants. | Civ. No. 06-1946 (RBW) |

### DECLARATION OF GEOFF HICKCOX IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*

I, Geoff Hickcox, declare as follows:

1.  I am an attorney for plaintiffs in this case. Pursuant to Local Rule 76(d), I make this declaration in support of plaintiffs' motion for me to appear *pro hac vice* on their behalf.

2.  My residence address is 722 East 6th Ave., Durango, CO 81301. The physical and mailing address for my office is 679 East 2nd Ave., Suite 11B, Durango, CO 81301.

3.  I received my Juris Doctor degree from the University of Oregon School of Law in 1995. I was admitted to the New Mexico Bar on October 25,1995 (NM Bar No. 8267) and to the Colorado Bar on May 30, 1996 (CO Bar No. 26942). I have also been admitted to practice in the U.S. District Court for the Districts of New Mexico (November 10, 1995), Arizona (November 29, 1995), and Colorado (July 1, 1996), as well as the Ninth Circuit Court of Appeals (May 7, 1996). I am currently a member in good standing and eligible to practice before all of these courts, although I am currently on inactive status in the state of New Mexico. I have never been disciplined by any court or state bar association, and there are no pending disciplinary proceedings against me.

1

4.      Since 1995, I have practiced environmental law exclusively, including suits to enforce various environmental statutes, particularly the Endangered Species Act.

5.      It is necessary for the plaintiffs in this lawsuit to be represented by attorneys who are knowledgeable and experienced in federal environmental litigation, specifically under the Endangered Species Act. My appearance in this case will promote the prompt resolution of this litigation, which I believe to be in the interest of all parties and the Court.

6.      I am not and have never been the subject of any disciplinary actions by any court or Bar Association.

7.      This is my first application to appear *pro hac vice* before the United States District Court for the District of Columbia. I have read and am familiar with the Local Rules for practice before this Court.

8.      For the purposes of this litigation, I will be associated with Amy R. Atwood, a member in good standing of this Court (D.C. Bar No. 470258). Ms. Atwood's address is 1216 Lincoln Street, Eugene, Oregon 97405. Her telephone number is (541) 485-2471, ext. 105.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of December, 2006, in Durango, Colorado.

Respectfully submitted,

Geoff Hickcox, (CO Bar # 26942)
ghickcox@gmail.com
Western Environmental Law Center
679 East 2nd Avenue, Suite 11B
Durango, CO 81301
(970) 382-5902 (telephone)
(970) 385-6804 (facsimile)

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNTY OF SAN MIGUEL, COLORADO, *et al.*,

    Plaintiffs,

v.

MACDONALD, *et al.*,

    Defendants.

Civ. No. 06-1946 (RBW)

### ORDER ON PLAINTIFFS' MOTION FOR REBEKAH S. KING'S ADMISSION *PRO HAC VICE*

A motion having been made to admit Rebekah S. King to practice before this Court, and it appearing that Ms. King meets the qualifications in Local Rule 83.2(d), IT IS ORDERED that Rebekah S. King is hereby admitted to practice in the United States District Court for the District of Columbia, *pro hac vice* for purposes of the above captioned case.

DATED this _____ day of _____, 2007.

_____
HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE