UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | |
| Plaintiffs, | |
| | Civ. No. 06-1946 (RBW) |
| MACDONALD, *et al.*, | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR GEOFF HICKCOX'S ADMISSION *PRO HAC VICE* AND SUPPORTING MEMORANDUM**

Pursuant to Local Civil Rule 83.2, plaintiffs move for the admission, *pro hac vice*, of Geoff Hickcox, for the purpose of appearing as co-counsel for plaintiffs in this case. In support of this motion, plaintiffs submit the attached declaration of Mr. Hickcox which attests to the following:

1.  Mr. Hickcox received his J.D. from the University of Oregon School of Law in 1995. He was admitted to the New Mexico Bar on October 25, 1995 and to the Colorado Bar on May 30, 1996. He has also been admitted to practice in the U.S. District Court for the Districts of New Mexico, Arizona, and Colorado, as well as the Ninth Circuit Court of Appeals. Mr. Hickcox is currently a member in good standing and eligible to practice before all of these courts, although he is currently on inactive status in the State of New Mexico. He has never been disciplined by any court or state bar association, and there are no pending disciplinary proceedings against him.

2.  Between 1995 and 2005 Mr. Hickcox was a partner in the law firm of Kenna & Hickcox, P.C., in Durango, Colorado. Mr. Hickcox and his law practice partner, Matt Kenna, merged their practice with the Western Environmental Law Center in April 2005. Mr. Hickcox

has been assigned by WELC to handle this case with his co-counsel, Amy Atwood, who is a member in good standing with the bar of this Court.

3. Mr. Hickcox is familiar with the facts of this case and has been responsible for assisting with the drafting and filing the Complaint. Since 1995, he has practiced exclusively in the area of environmental law, including suits to enforce various environmental statutes, particularly the Endangered Species Act. Since plaintiffs in this lawsuit must be represented by attorneys who are knowledgeable and experienced in federal environmental litigation, specifically under the Endangered Species Act, Mr. Hickcox's appearance in this case will promote the prompt resolution of this litigation, which is in the interest of all parties and the Court. Accordingly, plaintiffs wish Mr. Hickcox to represent them in this case.

4. As the attached declaration certifies, Mr. Hickcox is personally familiar with the Local Rules of this Court, the U.S. Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility, and he will adhere to all such rules.

5. Counsel for plaintiff has discussed this motion with defendants' counsel, who have indicated that defendants do not oppose Mr. Hickcox's participation *pro hac vice*.

DATED: January 3, 2007

Respectfully submitted,

*s/Amy R. Atwood*
Amy R. Atwood (D.C. Bar No. 470258)
atwood@westernlaw.org
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
(541) 485-2471 (telephone)
(541) 485-2457 (facsimile)

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNTY OF SAN MIGUEL, COLORADO,
*et al.*,

    Plaintiffs,

v.

MACDONALD, *et al.*,

    Defendants.

Civ. No. 06-1946 (RBW)

## DECLARATION OF GEOFF HICKCOX IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*

I, Geoff Hickcox, declare as follows:

1. I am an attorney for plaintiffs in this case. Pursuant to Local Rule 76(d), I make this declaration in support of plaintiffs' motion for me to appear *pro hac vice* on their behalf.

2. My residence address is 722 East 6th Ave., Durango, CO 81301. The physical and mailing address for my office is 679 East 2nd Ave., Suite 11B, Durango, CO 81301.

3. I received my Juris Doctor degree from the University of Oregon School of Law in 1995. I was admitted to the New Mexico Bar on October 25,1995 (NM Bar No. 8267) and to the Colorado Bar on May 30, 1996 (CO Bar No. 26942). I have also been admitted to practice in the U.S. District Court for the Districts of New Mexico (November 10, 1995), Arizona (November 29, 1995), and Colorado (July 1, 1996), as well as the Ninth Circuit Court of Appeals (May 7, 1996). I am currently a member in good standing and eligible to practice before all of these courts, although I am currently on inactive status in the state of New Mexico. I have never been disciplined by any court or state bar association, and there are no pending disciplinary proceedings against me.

4. Since 1995, I have practiced environmental law exclusively, including suits to enforce various environmental statutes, particularly the Endangered Species Act.

5. It is necessary for the plaintiffs in this lawsuit to be represented by attorneys who are knowledgeable and experienced in federal environmental litigation, specifically under the Endangered Species Act. My appearance in this case will promote the prompt resolution of this litigation, which I believe to be in the interest of all parties and the Court.

6. I am not and have never been the subject of any disciplinary actions by any court or Bar Association.

7. This is my first application to appear *pro hac vice* before the United States District Court for the District of Columbia. I have read and am familiar with the Local Rules for practice before this Court.

8. For the purposes of this litigation, I will be associated with Amy R. Atwood, a member in good standing of this Court (D.C. Bar No. 470258). Ms. Atwood's address is 1216 Lincoln Street, Eugene, Oregon 97405. Her telephone number is (541) 485-2471, ext. 105.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of December, 2006, in Durango, Colorado.

Respectfully submitted,

Geoff Hickcox, (CO Bar # 26942)
ghickcox@gmail.com
Western Environmental Law Center
679 East 2nd Avenue, Suite 11B
Durango, CO 81301
(970) 382-5902 (telephone)
(970) 385-6804 (facsimile)

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | |
| Plaintiffs, | |
| | Civ. No. 06-1946 (RBW) |
| MACDONALD, *et al.*, | |
| Defendants. | |

# ORDER ON PLAINTIFFS' MOTION FOR GEOFF HICKCOX'S ADMISSION *PRO HAC VICE*

A motion having been made to admit Geoff Hickcox to practice before this Court, and it appearing that Mr. Hickcox meets the qualifications in Local Rule 83.2(d), IT IS ORDERED that Geoff Hickcox is hereby admitted to practice in the United States District Court for the District of Columbia, *pro hac vice* for purposes of the above captioned case.

DATED this _____ day of _____, 2007.

                                                                                          _____
                                                                                          HONORABLE REGGIE B. WALTON
                                                                                          UNITED STATES DISTRICT JUDGE