UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | |
| Plaintiffs, | |
| v. | Civ. No. 06-1946 (RBW) |
| MACDONALD, *et al.*, | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR REBEKAH S. KING'S ADMISSION *PRO HAC VICE* AND SUPPORTING MEMORANDUM

Pursuant to Local Civil Rule 83.2, counsel for plaintiff moves for the admission, *pro hac vice*, of Rebekah S. King, for purposes of appearing as co-counsel for plaintiff in this case. In support of this motion, plaintiff submits the attached certification of Ms. King, which attests to the following:

1. Ms. King received her J.D. from the University of Denver School of Law in May 2002, and was admitted to the State Bar of Colorado on October 29, 2002, where she continues to be a member in good standing before the Supreme Court of Colorado.

2. Before working for San Miguel County, Ms. King worked for private law firms in both Telluride and Denver, Colorado, and clerked for the Honorable Gregory J. Hobbs, Jr. at the Colorado Supreme Court. Ms. King became Assistant San Miguel County Attorney on May 1, 2006, and she has been assigned to handle this case.

3. Ms. King is familiar with the facts of this case and has been responsible for assisting with the drafting and filing the Complaint. Accordingly plaintiffs wish Ms. King to

represent them in this case.  Ms. King will be supervised at all times by her co-counsel, Amy R. Atwood, who has been a member of the bar of this Court since 2001.

4. As the attached declaration certifies, Ms. King is personally familiar with the Local Rules of this Court, the U.S. Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility, and she will adhere to all such rules.

5. Counsel for plaintiff has discussed this motion with defendants' counsel, who have indicated that defendants do not oppose Ms. King's participation *pro hac vice*.

DATED:  January 3, 2007        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/Amy R. Atwood*
　　　　　　　　　　　　　　　　　　　　Amy R. Atwood (D.C. Bar No. 470258)
　　　　　　　　　　　　　　　　　　　　atwood@westernlaw.org
　　　　　　　　　　　　　　　　　　　　Western Environmental Law Center
　　　　　　　　　　　　　　　　　　　　1216 Lincoln Street
　　　　　　　　　　　　　　　　　　　　Eugene, Oregon 97401
　　　　　　　　　　　　　　　　　　　　(541) 485-2471 (telephone)
　　　　　　　　　　　　　　　　　　　　(541) 485-2457 (facsimile)

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>MACDONALD, *et al.*,<br><br>    Defendants. | Civ. No. 06-1946 (RBW) |

## DECLARATION OF REBEKAH S. KING IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*

1. I am an attorney at law, admitted to practice before the Supreme Court of the State of Colorado and the United States District Court for the District of Colorado.

2. I received my J.D. from the University of Denver School of Law in May 2002, and was admitted to the State Bar of Colorado on October 29, 2002. I have been a member in good standing of the bar of the State of Colorado ever since, and have never been subject to any disciplinary proceedings in any Court. I have never moved for *pro hac vice* admission before this Court.

3. Since May 1, 2006, I have been the Assistant Attorney for San Miguel County, Colorado, located at 333 W. Colorado Avenue, Third Floor, P.O. Box 791, Telluride, Colorado 81435, (970) 728-3879. Before my current position, I practiced with private law firms in both Telluride and Denver, Colorado, and clerked for the Honorable Gregory J. Hobbs, Jr., at the Colorado Supreme Court.

4. I am personally familiar with the Local Rules for the United States District Court for the District of Columbia, the United States Judicial Code, the Federal Rules of Civil

Procedure, and the Code of Professional Responsibility of the District of Columbia Court of Appeals. I will faithfully adhere to these rules.

3.  I have been asked by my client and the plaintiffs' lead counsel, Amy R. Atwood, to assist with this case. In that regard, I have consistently maintained contact with Ms. Atwood, and have become familiar with the facts and circumstances of this case. In addition, I have assisted with drafting the Complaint and, if admitted, will assist with drafting all of plaintiffs' pleadings in this case as long as I am counsel of record.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Rebekah S. King

December 18, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>MACDONALD, *et al.*,<br><br>Defendants. | Civ. No. 06-1946 (RBW) |

### ORDER ON PLAINTIFFS' MOTION FOR REBEKAH S. KING'S ADMISSION
*PRO HAC VICE*

A motion having been made to admit Rebekah S. King to practice before this Court, and it appearing that Ms. King meets the qualifications in Local Rule 83.2(d), IT IS ORDERED that Rebekah S. King is hereby admitted to practice in the United States District Court for the District of Columbia, *pro hac vice* for purposes of the above captioned case.

DATED this _____ day of _____, 2007.

_____
HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE