UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, ET AL. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-01946 (RBW) |
| | ) |
| JULIE MACDONALD, ET AL., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION FOR FILING ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, Federal Defendants, by and through counsel, hereby move the court for an extension, until January 30, 2007, of the date on which Federal Defendants' answer to Plaintiffs' complaint shall be due for filing in the above captioned case. This extension is requested because the offices that are preparing the answer have been besieged by several disruptive snow storms and, thus, require more time to prepare the answer. Counsel for Federal Defendants contacted counsel for Plaintiffs, who stated that Plaintiffs are not opposed to this motion. Therefore Federal Defendant respectfully request an extension, until January 30, 2007, for Federal Defendant's answer to Plaintiffs' complaint.

Dated this 16th day of January, 2007.

        Respectfully submitted,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General


        *S/ Courtney Taylor*
        _____
        Courtney Taylor, Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section
        P.O. Box. 7369
        Washington, D.C.  20044-7369
        (202) 353-7548

## [PROPOSED] ORDER

Based upon the Federal Defendant's Unopposed Motion for Extension of Time to File Answer, and good cause shown,

    NOW, THEREFORE, IT IS HEREBY ORDERED, that Federal Defendant's motion is GRANTED.  Federal Defendant's Answer shall be filed no later than January 30, 2007.

DATED this _____ day of _____, 2007

        _____
        Honorable Reggie B. Walton
        United States District Judge