UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, ET AL. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>JULIE MACDONALD, ET AL., )<br>)<br>Defendants. )<br>_____) | Case No. 1:06-cv-01946 (RBW) |

**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

On behalf of the Federal Defendants, the United States enters the appearance of Courtney Taylor, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and decisions should be sent to Ms. Taylor and Wanda Davis at wanda.davis@usdoj.gov, P.O. Box. 7369 Washington, D.C. 20044-7369.

Dated this 16th day of January, 2007.

Respectfully submitted,

SUE ELLEN WOOLRIDGE
Assistant Attorney General

*S/ Courtney Taylor*

Courtney Taylor, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C. 20044-7369
(202) 353-7548

Attorney for Defendants