IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, et al.,<br><br>    Plaintiffs,<br>v.<br><br>MACDONALD, et al.,<br><br>    Defendants,<br><br>and<br><br>COLORADO CATTLEMEN'S ASSOCIATION,<br>8833 Ralston Rd.<br>Arvada, CO  80002-2239<br><br>PARTNERSHIP FOR THE WEST, and<br>350 Indiana Street, Suite 640<br>Golden, CO  80401<br><br>WESTERN CONSERVATION COALITION<br>1074 24 Road<br>Grand Junction, CO  81505<br><br>Intervenor-Defendant –Applicants | Civ. No. 06-1946 (RBW) |

**INTERVENOR-APPLICANTS' MOTION FOR KENT H. HOLSINGER'S
ADMISSION PRO HAC VICE AND SUPPORTING MEMORANDUM**

Pursuant to Local Civil Rule 83.2, counsel for Intervenor-Applicants moves for admission *pro hac vice*, of Kent H. Holsinger for purposes of appearing as co-counsel for Intervenor-Applicants in this case. In support of this motion, Intervenor-Applicants submits the attached certification of Mr. Holsinger which attests to the following:

1. Mr. Holsinger received his J.D. from the University of Denver School of Law in May, 1997, and was admitted to the State Bar of Colorado on November 4, 2002, where he continues to be a member in good standing before the Supreme Court of

Colorado. Prior to founding Holsinger Law, LLC, Mr. Holsinger worked for a private law firm in Denver, Colorado, as a legislative aide in Washington D.C., and an Assistant Director of Colorado's Department of Natural Resources.

2. Mr. Holsinger is familiar with the facts of this case and has been responsible for assisting with the drafting and filing of Intervenor-Applicants' Motion to Intervene, Brief in Support of Motion to Intervene, and Answer. Accordingly, Intervenor-Applicants wish Mr. Holsinger to represent them in this case. He will be supervised by his co-counsel, Anurag Varma, who is a member of the bar of this Court (D.C. Bar No. 471615).

4. As the attached declaration certifies, Mr. Holsinger is personally familiar with the Local Rules of this Court, the U.S. Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility, and will adhere to all such rules.

5. Counsel for Intervenor-Applicants have discussed this motion with counsel to Federal Defendants, whom have indicated they do not oppose Mr. Holsinger's participation *pro hac vice*. Plaintiffs' counsel has stated their intent to oppose this motion.

Submitted this 1st day of March, 2007.

/s/ Anurag Varma
_____
Anurag Varma
(D.C. Bar No. 471615)
CONLON FRANTZ PHELAN & VARMA LLP
1818 P Street, N.W. #400
Washington, D.C. 20036
Telephone: (202) 331-7050
Facsimile: (202) 331-9306
avarma@conlonfrantz.com

*Attorney for Intervenor-Defendant-Applicants
Colorado Cattlemen's Association, Partnership for
the West and Western Conservation Coalition*

## CERTIFICATE OF SERVICE

       I hereby certify that on March 1, 2007, I electronically filed the foregoing with the Clerk of the Court via the CM/ESF system, which will send notification of such to the attorneys of record.

Courtney Taylor                                          Amy Atwood
courtney.taylor@usdoj.gov                 atwood@westernlaw.org

                                                               s/ Anurag Varma
                                                            _____
                                                            ANURAG VARMA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, et al.,<br><br>    Plaintiffs,<br>v.<br><br>MACDONALD, et al.,<br><br>    Defendants,<br><br>and<br><br>COLORADO CATTLEMEN'S ASSOCIATION,<br>8833 Ralston Rd.<br>Arvada, CO  80002-2239<br><br>PARTNERSHIP FOR THE WEST, and<br>350 Indiana Street, Suite 640<br>Golden, CO  80401<br><br>WESTERN CONSERVATION COALITION<br>1074 24 Road<br>Grand Junction, CO  81505<br><br>Defendants-Intervenors-Applicants | Civ. No. 06-1946 (RBW) |

**DECLARATION OF KENT H. HOLSINGER IN SUPPORT OF INTERVENOR-APPLICANTS' MOTION FOR ADMISSION *PRO HAC VICE***

1.  I am an attorney at law, admitted to practice before the Supreme Court of the State of Colorado and the United States District Court for the District of Colorado.

2.  I received my J.D. from the University of Denver School of Law in May, 1997, and was admitted to the State Bar of Colorado on November 4, 2002, where I continue to be a member in good standing before the Supreme Court of Colorado.  I have never been subject to any disciplinary proceedings in any court.  I have never moved for *pro hac vice* admission before this Court.

Civ. No. 06-1946

2.  Prior to founding Holsinger Law, LLC located at 350 Indiana Street, Suite 640, Golden, Colorado 80401, (303) 577-4621, I worked for a private law firm in Denver, Colorado, as a legislative aide in Washington D.C., and an Assistant Director of Colorado's Department of Natural Resources.

3.  I am personally familiar with the facts of this case and have been responsible for assisting with the drafting and filing of Intervenor-Applicants' Motion to Intervene, Memorandum of Points and Authorities in Support of Motion to Intervene, and Answer. Accordingly, Intervenor-Applicants wish me to represent them in this case. I will be supervised by my co-counsel, Anurag Varma (D.C. Bar No. 471615). Mr. Varma's address is 1818 P Street, N.W. #400, Washington, D.C. 20036. His telephone number is (202) 331-7050.

4.  I am personally familiar with the Local Rules of this Court, the U.S. Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility, and he will adhere to all such rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of March, 2007.

/s Kent H. Holsinger
_____
Kent H. Holsinger (*Pro Hac Vice* Applicant)
CO Bar No. 33907
Holsinger Law, LLC
350 Indiana Street, Suite 640
Golden, CO  80401
Telephone:  (303) 577-4621
Facsimile:  (303) 496-1025
kent@holsingerlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, et al.,<br><br>  Plaintiffs,<br>v.<br><br>MACDONALD, et al.,<br><br>  Defendants, | Civ. No. 06-1946 (RBW) |

**[PROPOSED] ORDER ON INTERVENOR-APPLICANTS' MOTION FOR
KENT H. HOLSINGER'S ADMISSION *PRO HAC VICE***

  Motions having been made to admit Kent H. Holsinger to practice before this Court, and it appearing that Mr. Holsinger meets the qualifications in Local Rule 83.2, IT IS ORDERED that Kent H. Holsinger is hereby admitted to practice in the United States District Court for the District of Columbia, *pro hac vice* for purposes of the above captioned case.

  DATED this ____ day of _____, 2007.

                _____
                HONORABLE REGGIE B. WALTON
                UNITED STATE DISTRICT JUDGE