IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, et al., <br><br>     Plaintiffs, <br>v. <br><br>MACDONALD, et al., <br><br>     Defendants, <br><br>and <br><br>COLORADO CATTLEMEN'S ASSOCIATION, <br>8833 Ralston Rd. <br>Arvada, CO  80002-2239 <br><br>PARTNERSHIP FOR THE WEST, and <br>350 Indiana Street, Suite 640 <br>Golden, CO  80401 <br><br>WESTERN CONSERVATION COALITION <br>1074 24 Road <br>Grand Junction, CO  81505 <br><br>Intervenor-Defendant –Applicants | Civ. No. 06-1946 (RBW) |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned counsel of record for Intervenor-Applicants, certify that to the best of my knowledge and belief that Intervenor-Applicants, their parent companies, subsidiaries or affiliates, have no outstanding securities in the hands of the public.  These representations are made in order that judges of this court may determine the need for recusal.

Submitted this 1st day of March, 2007.

/s/ Anurag Varma
_____

Anurag Varma
(D.C. Bar No. 471615)
CONLON FRANTZ PHELAN & VARMA LLP
1818 P Street, N.W. #400
Washington, D.C. 20036
Telephone: (202) 331-7050
Facsimile: (202) 331-9306
avarma@conlonfrantz.com

Kent H. Holsinger
CO Bar No. #33907
(*Pro Hac Vice* Applicant)
HOLSINGER LAW, LLC
350 Indiana Street, Suite 640
Golden, CO 80401
Telephone: (303) 577-4621
Facsimile: (303) 496-1025
kent@holsingerlaw.com

*Attorneys for Defendants-Intervenors-Applicants Colorado Cattlemen's Association, Partnership for the West and Western Conservation Coalition*