UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | ) ) ) | Case No. 1:06-CV-1946 (RBW) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| JULIE MACDONALD, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Plaintiffs oppose the motion of Kent H. Holsinger to appear in this case *pro hac vice*.

Docket No. ("Doc.") 15.  The sole reason for Mr. Holsinger's admission in this case would be to

represent the Colorado Cattlemen's Coalition, Partnership for the West, and Western

Conservation Coalition as defendant-intervenors.  *See* Declaration of Kent H. Holsinger (Mar. 2,

2007) (Doc. 15-1).  However, for all of the reasons explained in plaintiffs' opposition (Doc. 17)

to the proposed intervenors' motion to intervene (Doc. 14), the applicants have not justified their

motion to intervene as of right or permissively.  Accordingly, as there would be no independent

reason to admit Mr. Holsinger in this case, his motion for *pro hac* admission should be denied.[1]


DATED:        March 13, 2007          Respectfully submitted,

                                      /s/   *Amy R. Atwood*
                                      Amy R. Atwood

---

[1] Of course, should the Court grant the applicants' motion in whole or part, plaintiffs
would not oppose Mr. Holsinger's *pro hac* admission.

1

D.C. Bar No. 470258
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97405
541-485-2471
541-485-2457 (fax)
atwood@westernlaw.org

Geoff Hickcox
admitted *pro hac vice*
Western Environmental Law Center
679 East Second Ave, Suite 11B
Durango, CO 81301
970-382-5902
970-385-6804 (fax)
ghickcox@gmail.com

Rebekah S. King
admitted *pro hac vice*
Assistant San Miguel County Attorney
P.O. Box 791
333 W. Colorado Ave., Third Floor
Telluride, CO 81435
970-728-3879
970-728-3718 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | ) ) ) | Case No. 1:06-CV-1946 (RBW) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| JULIE MACDONALD, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER ON MOTION TO INTERVENE

Having reviewed the Motion for Leave to Appear *Pro Hac Vice* by Kent H. Holsinger,

and Plaintiffs' Opposition, it is hereby

ORDERED that the Motion for Leave to Appear *Pro Hac Vice* is DENIED.

Dated this _____ day of _____, 2007.

_____
HONORABLE REGGIE B. WALTON