UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | ) ) ) | Case No. 1:06-CV-1946 (RBW) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| JULIE MACDONALD, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### NOTICE OF FILING OF CORRECTED PROPOSED ORDER ON MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Plaintiffs hereby give notice that they are filing a corrected Proposed Order On Motion For Leave To Appear *Pro Hac Vice*.

DATED: March 13, 2007          Respectfully submitted,

/s/  Amy R. Atwood
Amy R. Atwood
D.C. Bar No. 470258
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97405
541-485-2471
541-485-2457 (fax)
atwood@westernlaw.org

Geoff Hickcox
admitted *pro hac vice*
Western Environmental Law Center
679 East Second Ave, Suite 11B
Durango, CO 81301
970-382-5902
970-385-6804 (fax)
ghickcox@gmail.com

1

Rebekah S. King
admitted *pro hac vice*
Assistant San Miguel County Attorney
P.O. Box 791
333 W. Colorado Ave., Third Floor
Telluride, CO 81435
970-728-3879
970-728-3718 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JULIE MACDONALD, *et al.*,<br><br>    Defendants. | Case No. 1:06-CV-1946 (RBW) |

### ORDER ON MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Having reviewed the Motion for Leave to Appear *Pro Hac Vice* by Kent H. Holsinger, and Plaintiffs' Opposition, it is hereby

ORDERED that the Motion for Leave to Appear *Pro Hac Vice* is DENIED.

Dated this _____ day of _____, 2007.

_____
HONORABLE REGGIE B. WALTON