IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNTY OF SAN MIGUEL, COLORADO, et al.,

      Plaintiffs,

v.

MACDONALD, et al.,

      Defendants,

and

COLORADO CATTLEMEN'S ASSOCIATION,
8833 Ralston Rd.
Arvada, CO  80002-2239

PARTNERSHIP FOR THE WEST, and
350 Indiana Street, Suite 640
Golden, CO  80401

WESTERN CONSERVATION COALITION
1074 24 Road
Grand Junction, CO  81505

Intervenor-Applicants

Civ. No. 06-1946 (RBW)

**INTERVENOR-APPLICANTS' REPLY MEMORANDUM IN SUPPORT
OF MOTION FOR KENT H. HOLSINGER'S ADMISSION *PRO HAC VICE***

      Pursuant to Local Civil Rule 83.2, counsel for Intervenor-Applicants Colorado Cattlemen's Association, the Partnership for the West and Western Conservation Coalition, collectively ("Applicants") filed a Motion for Kent H. Holsinger's Admission *Pro Hac Vice* ("Motion") for the purposes of appearing as co-counsel for Applicants in this case. On March 13, 2007, Plaintiffs filed a Memorandum in Opposition to Motion of Motion [sic] For Leave to Appear Pro Hac Vice ("Opposition"). Plaintiffs cite no

grounds for their opposition other than their opposition to Applicants' intervention in this proceeding.

Applicants concede admission *pro hac vice* will be moot if this Court denies Applicants Motion to Intervene.  Should the Court permit intervention, Applicants respectfully request Kent H. Holsinger be admitted *pro hac vice*.

As Applicants have demonstrated, Kent H. Holsinger meets the standard for *pro hac vice* admission in this case.  He is a member of the State Bar of Colorado in good standing.  Motion at ¶ 1.  Mr. Holsinger is familiar with the facts of this case, has been responsible for assisting with the drafting and filing of Applicants' pleadings and is supervised by his co-counsel, Anurag Varma (D.C. Bar No. 471615).  Motion ¶ 2.  Kent H. Holsinger's admission will be temporary for the purpose of representing Applicants in this case only.  *Id.*

Accordingly, Applicants respectfully request Kent H. Holsinger be admitted *pro hac vice* in this proceeding.

Submitted this 22nd day of March, 2007.


/s/ Anurag Varma
_____

Anurag Varma
(D.C. Bar No. 471615)
CONLON FRANTZ PHELAN & VARMA LLP
1818 P Street, N.W. #400
Washington, D.C. 20036
Telephone:  (202) 331-7050
Facsimile:  (202) 331-9306
avarma@conlonfrantz.com

*Attorney for Intervenor-Applicants*
*Colorado Cattlemen's Association, Partnership for*
*the West and Western Conservation Coalition*