UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL COLORADO; SAGEBRUSH SEA CAMPAIGN; CENTER FOR NATIVE ECOSYSTEMS; FOREST GUARDIANS; THE LARCH COMPANY; SINAPU; CENTER FOR BIOLOGICAL DIVERSITY; PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY; BLACK CANYON AUDUBON SOCIETY; SHEET MOUNTAIN ALLIANCE;<br><br>          Plaintiffs,<br><br>v.<br><br>JULIE MACDONALD, in her official capacity as Deputy Assistant Secretary for Fish and Wildlife and Parks in the U.S. Department of the Interior; DIRK A. KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior, and H. DALE HALL, in his official capacity as Director of the United States Fish and Wildlife Service, an agency of the Department of the Interior<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-01946 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that on the 16th day of April, 2007, Defendants filed the United States Fish & Wildlife Service's original certified Administrative Record, on one CD in the above-captioned case. This Administrative Record is in hard copy form only, in accordance with Local Civil Rule 5.4(e)(1). This Record is on file with the clerk's office and available for public viewing between the hours of 9:00 A.M. to 4:00 P.M., Monday through Friday.

Dated this 16th day of April, 2007.

        Respectfully submitted,

        MATTHEW J. McKEOWN
        Acting Assistant Attorney General

        *S/ Courtney Taylor*
        _____
        Courtney Taylor, Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section
        P.O. Box. 7369
        Washington, D.C.  20044-7369
        (202) 353-7548
        Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on April16, 2007, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

Amy Atwood
atwood@westernlaw.org

Geoff Hickcox
ghickcox@gmail.com

Rebekah S. King
beckyk@sanmiguelcounty.org

Anurag Varma
avarma@conlonfrantz.com


                    *S/ Courtney Taylor*

                    COURTNEY TAYLOR