United States District Court
For the District of Columbia

| | |
|---|---|
| COUNTY OF SAN MIGUEL COLORADO; SAGEBRUSH SEA CAMPAIGN; CENTER FOR NATIVE ECOSYSTEMS; FOREST GUARDIANS; THE LARCH COMPANY; SINAPU; CENTER FOR BIOLOGICAL DIVERSITY; PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY; BLACK CANYON AUDUBON SOCIETY; SHEET MOUNTAIN ALLIANCE;<br><br>    Plaintiffs,<br><br>    v.<br><br>JULIE MACDONALD, in her official capacity as Deputy Assistant Secretary for Fish and Wildlife and Parks in the U.S. Department of the Interior; DIRK A. KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior, and H. DALE HALL, in his official capacity as Director of the United States Fish and Wildlife Service, an agency of the Department of the Interior<br><br>    Defendants. | Case No. 1:06-cv-01946 (RBW) |

**Notice of Appearance**

To the Court, the parties, and their attorneys of record:

On behalf of the Federal Defendants, the United States enters the appearance of James A. Maysonett, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and decisions should also be sent to Mr. Maysonett.

Respectfully submitted,

Dated: May 29, 2007

MATTHEW J. McKEOWN, Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar 463856)
COURTNEY TAYLOR, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7397
Washington, D.C. 20044-7397
Telephone: (202) 305-0216
Facsimile: (202) 305-0275
Attorneys for Federal Defendants

**Certificate of Service**

    I hereby certify that on May 29, 2007, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

Amy Atwood
atwood@westernlaw.org

Geoff Hickcox
ghickcox@gmail.com

Rebekah S. King
beckyk@sanmiguelcounty.org

Anurag Varma
avarma@conlonfrantz.com


                                        /s/ James A. Maysonett

                                        James A. Maysonett