UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MACDONALD, *et al.*,<br><br>    Defendants. | Case No. 1:06-CV-1946 (RBW) |

### PLAINTIFFS' NOTICE REGARDING DISCOVERY

In the parties' Meet and Confer Statement (Dock. No. 13), plaintiffs set forth their position that "some limited discovery in this case may be appropriate pursuant to one or more of the exceptions" to the Administrative Procedure Act's, 5 U.S.C. 701, *et seq*. ("APA") record review principle. *Id*. at § 8. Having reviewed the administrative record, plaintiffs' position remains that limited discovery may be legally justified, but in order to proceed expeditiously to the merits, plaintiffs hereby notify the Court that they have decided not to pursue discovery in this case.

However, plaintiffs do intend to notify defendants of specific records that, in their view, are relevant to defendants' decision not to list the Gunnison sage-grouse under the Endangered Species Act, 16 U.S.C. § 1531, *et seq.* ("ESA"), but are not included in the official administrative record compiled by the defendants. Thus, today the parties are also filing a joint stipulation to facilitate supplementation of the administrative record by August 10, 2007, or, if the parties are unable to agree as to which records should be added, for plaintiffs to file a motion to supplement the administrative record by August 17, 2007.

DATED: July 25, 2007                    Respectfully submitted,

    /s/ *Amy R. Atwood*
Amy R. Atwood
D.C. Bar No. 470258
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97405
541-485-2471
541-485-2457 (fax)
atwood@westernlaw.org

Geoff Hickcox
admitted *pro hac vice*
Western Environmental Law Center
679 East Second Ave, Suite 11B
Durango, CO 81301
970-382-5902
970-385-6804 (fax)
ghickcox@gmail.com

Rebekah S. King
admitted *pro hac vice*
Assistant San Miguel County Attorney
P.O. Box 791
333 W. Colorado Ave., Third Floor
Telluride, CO 81435
970-728-3879
970-728-3718 (fax)
beckyk@sanmiguelcounty.org

Attorneys for Plaintiffs