UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> MACDONALD, *et al.*, <br><br>    Defendants. | ) <br> ) <br> )  Case No. 1:06-CV-1946 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PARTIES' JOINT STIPULATION REGARDING SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD

Today, counsel for plaintiffs filed a Notice with the Court that states plaintiffs' position regarding discovery – *i.e.*, that although plaintiffs maintain that limited discovery may be legally justified in this case, in order to proceed expeditiously to the merits, plaintiffs have decided not to pursue discovery in this case.

However, plaintiffs do intend to notify defendants of specific records that, in their view, are relevant to defendants' decision not to list the Gunnison sage-grouse under the Endangered Species Act, 16 U.S.C. § 1531, *et seq.* ("ESA"), but are not included in the official administrative record compiled by the defendants for this case. Thus, plaintiffs plan to confer with federal defendants regarding such records and work to reach an agreement regarding their inclusion in the administrative record, and believe that the parties will be able to stipulate jointly to supplement the record with most, if not all, of the records that plaintiffs identify. Counsel for plaintiffs conferred with counsel for federal defendants regarding this matter on July 25, 2007, and the parties agreed, and hereby jointly stipulate, to the following:

1. Counsel for plaintiffs and federal defendants shall endeavor to negotiate and reach an agreement regarding any records with which the administrative record (Dock. No. 22) shall be supplemented;

2. To the extent they are able to reach agreement, by August 10, 2007, counsel for plaintiffs and federal defendants shall file a joint stipulation regarding supplementation of the administrative record with records identified by plaintiffs; and

3. Should plaintiffs and federal defendants fail to reach an agreement as to supplementation with such records, plaintiffs shall file any motion to supplement the administrative record by August 17, 2007.

DATED this 25th day of July, 2007.                    Respectfully submitted,


___/s/_____                                _____
AMY R. ATWOOD                                        RONALD J. TENPAS
D.C. Bar No. (470258)                                Acting Assistant Attorney General
Western Environmental Law Center
1216 Lincoln Street                                  JEAN E. WILLIAMS,
Eugene, Oregon 97405                                 Section Chief
541-485-2471
541-485-2457 (fax)                                   _____
atwood@westernlaw.org                                James A. Maysonett, Trial Attorney
                                                     Wildlife & Marine Resources Section
___/s/_____                               Environment & Natural Resources Division
GEOFF HICKCOX                                        U.S. Department of Justice
admitted *pro hac vice*                              Ben Franklin Station, P.O. Box 7369
Western Environmental Law Center                     Washington, D.C. 20044-7369
679 East Second Ave, Suite 11B                       (202) 305-0216
Durango, CO 81301                                    (202) 305-0275 FAX
970-382-5902
970-385-6804 (fax)                                   Attorneys for Defendants
ghickcox@gmail.com

\_\_\_/s/_____
REBEKAH S. KING
admitted *pro hac vice*
Assistant San Miguel County Attorney
P.O. Box 791
333 W. Colorado Ave., Third Floor
Telluride, CO 81435
970-728-3879
970-728-3718 (fax)
beckyk@sanmiguelcounty.org

Attorneys for Plaintiffs

OF COUNSEL:
Thomas Graf
Attorney Advisor
United States Department of the Interior
Office of the Solicitor
Rocky Mountain Regional Office
755 Parfet Street, Suite 151
Lakewood, CO 80215