UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MACDONALD, *et al.*, | ) ) |
| Defendants. | ) ) ) |

Case No. 1:06-CV-1946 (RBW)

## PARTIES' JOINT STIPULATION REGARDING SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD

On July 25, 2007, counsel for plaintiffs and federal defendants filed a Joint Stipulation Regarding Supplementation of the Administrative Record (Dock. No. 25), which stipulated that the parties would work together to reach agreement regarding records that plaintiffs believe should be included in the administrative record, and that they would stipulate jointly to supplement the record with most, if not all, of the records that plaintiffs identify by August 10, 2007 and/or that plaintiffs would move for supplementation by August 17, 2007.

Counsel for plaintiffs has had unexpected work arise in the intervening weeks that has precluded the ability to confer with defendants regarding this matter. Thus, counsel for plaintiffs requested that counsel for defendants agree to stipulate to a one week extension in the parties' proposed schedule. Counsel for defendants did not object to this request.

Accordingly, the parties agree, and hereby jointly stipulate, to the following:

1. Counsel for plaintiffs and federal defendants shall endeavor to negotiate and reach an agreement regarding any records with which the administrative record (Dock. No. 22) shall be supplemented;

    2.      To the extent they are able to reach agreement, by August 17, 2007, counsel for plaintiffs and federal defendants shall file a joint stipulation regarding supplementation of the administrative record with records identified by plaintiffs; and

    3.      Should plaintiffs and federal defendants fail to reach an agreement as to supplementation with such records, plaintiffs shall file any motion to supplement the administrative record by August 24, 2007.

DATED this 8th day of August, 2007.   Respectfully submitted,

\_\_\_/s/_____   _____
AMY R. ATWOOD   RONALD J. TENPAS
D.C. Bar No. (470258)   Acting Assistant Attorney General
Western Environmental Law Center
1216 Lincoln Street   JEAN E. WILLIAMS,
Eugene, Oregon 97405   Section Chief
541-485-2471
541-485-2457 (fax)   _____
atwood@westernlaw.org   James A. Maysonett, Trial Attorney
   Wildlife & Marine Resources Section
\_\_\_/s/_____   Environment & Natural Resources Division
GEOFF HICKCOX   U.S. Department of Justice
admitted *pro hac vice*   Ben Franklin Station, P.O. Box 7369
Western Environmental Law Center   Washington, D.C. 20044-7369
679 East Second Ave, Suite 11B   (202) 305-0216
Durango, CO 81301   (202) 305-0275 FAX
970-382-5902
970-385-6804 (fax)   Attorneys for Defendants
ghickcox@gmail.com
   OF COUNSEL:
\_\_\_/s/_____   Thomas Graf
REBEKAH S. KING   Attorney Advisor
admitted *pro hac vice*   United States Department of the Interior
Assistant San Miguel County Attorney   Office of the Solicitor
P.O. Box 791   Rocky Mountain Regional Office

333 W. Colorado Ave., Third Floor
Telluride, CO 81435
970-728-3879
970-728-3718 (fax)
beckyk@sanmiguelcounty.org

755 Parfet Street, Suite 151
Lakewood, CO 80215

Attorneys for Plaintiffs