UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | ) ) ) | Case No. 1:06-CV-1946 (RBW) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MACDONALD, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## PARTIES' JOINT STIPULATION REGARDING SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD

On August 13 2007, counsel for plaintiffs provided a list of records to counsel for defendants that plaintiffs believe should comprise a supplemental administrative record. Plaintiffs also raised issues regarding claims of attorney-client privilege by defendants as set forth in their privilege log for the administrative record (Dock. No. 25). Defendants' counsel is reviewing plaintiffs' list and privilege issues with defendants, but due to scheduling matters, believes that the parties will need additional time to negotiate a resolution of these administrative record issues. Thus, the parties have agreed to stipulate to a two week extension in the parties' proposed schedule.

Accordingly, the parties agree, and hereby jointly stipulate, to the following:

1. Counsel for plaintiffs and federal defendants shall endeavor to negotiate and reach an agreement regarding any records with which the administrative record (Dock. No. 22) shall be supplemented;

2. To the extent they are able to reach agreement, by August 31, 2007, counsel for plaintiffs and federal defendants shall file a joint stipulation regarding

supplementation of the administrative record with records identified by plaintiffs; and

3. Should plaintiffs and federal defendants fail to reach an agreement as to supplementation with such records, plaintiffs shall file any motion to supplement the administrative record and/or challenging defendants' claims of attorney-client privilege by September 14, 2007.

DATED this 17th day of August, 2007.       Respectfully submitted,

___/s/_____
AMY R. ATWOOD
D.C. Bar No. (470258)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97405
541-485-2471
541-485-2457 (fax)
atwood@westernlaw.org

___/s/_____
GEOFF HICKCOX
admitted *pro hac vice*
Western Environmental Law Center
679 East Second Ave, Suite 11B
Durango, CO 81301
970-382-5902
970-385-6804 (fax)
ghickcox@gmail.com

___/s/_____
REBEKAH S. KING
admitted *pro hac vice*
Assistant San Miguel County Attorney
P.O. Box 791
333 W. Colorado Ave., Third Floor
Telluride, CO 81435

_____
RONALD J. TENPAS
Acting Assistant Attorney General

JEAN E. WILLIAMS,
Section Chief

_____
James A. Maysonett, Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0216
(202) 305-0275 FAX

Attorneys for Defendants

OF COUNSEL:
Thomas Graf
Attorney Advisor
United States Department of the Interior
Office of the Solicitor
Rocky Mountain Regional Office
755 Parfet Street, Suite 151
Lakewood, CO 80215

970-728-3879
970-728-3718 (fax)
beckyk@sanmiguelcounty.org

Attorneys for Plaintiffs