UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
COUNTY OF SAN MIGUEL, COLORADO, )
et al.,                         )
                                )
        Plaintiffs,             )
                                )
    v.                          )   Civil Action No. 06-1946 (RBW)
                                )
MACDONALD, et al.,              )
                                )
        Defendants,             )
                                )
and                             )
                                )
COLORADO CATTLEMEN'S ASSOCIATION, )
PARTNERSHIP FOR THE WEST, and   )
WESTERN CONSERVATION COALITION  )
                                )
        Intervenor-Applicants.  )
_____ )

**ORDER**

In accordance with this Court's Memorandum Opinion issued contemporaneously herewith, it is hereby

**ORDERED** that the intervenor-applicants,' Colorado Cattlemen's Association, Partnership for the West, and Western Conservation Coalition, motion to intervene as defendants is **GRANTED**. It is further

**ORDERED** that the plaintiff's request to limit the intervenor-applicants' intervention to claims within the scope of the Complaint is **GRANTED,** but all other requests by the plaintiffs to impose limitations on the intervenor-applicants' intervention are **DENIED**.

**SO ORDERED** on this 21st day of August, 2007.

_____
REGGIE B. WALTON
United States District Judge