UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:06-CV-1946 (RBW) |
| v. | ) ) | |
| MACDONALD, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## NOTICE REGARDING SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD

On August 17, 2007, the parties filed a third joint stipulation regarding supplementation of the Administrative Record. Dckt. No. 27. By way of a letter from Defendants to Plaintiffs dated August 31, 2007, the parties have reached an agreement whereby Defendants have agreed to supplement the administrative record previously filed in this case (Dckt. No. 22) with a subset of the documents identified by Plaintiffs in their letter dated August 13, 2007. Defendants have objected to adding the remainder of the documents identified by Plaintiffs to the administrative record.

Counsel for Plaintiffs has indicated to undersigned counsel that, pursuant to the parties' third joint stipulation, Plaintiffs plan to file a motion to compel supplementation of the administrative record and/or challenging defendants' claims of attorney-client privilege by September 14, 2007.

DATED this 31st day of August, 2007.

Respectfully submitted,

____/s/_____
AMY R. ATWOOD
D.C. Bar No. (470258)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97405
541-485-2471
541-485-2457 (fax)
atwood@westernlaw.org

____/s/_____
GEOFF HICKCOX
admitted pro hac vice
Western Environmental Law Center
679 East Second Ave, Suite 11B
Durango, CO 81301
970-382-5902
970-385-6804 (fax)
ghickcox@gmail.com

____/s/_____
REBEKAH S. KING
admitted pro hac vice
Assistant San Miguel County Attorney
P.O. Box 791
333 W. Colorado Ave., Third Floor
Telluride, CO 81435
970-728-3879
970-728-3718 (fax)
beckyk@sanmiguelcounty.org

*Attorneys for Plaintiffs*

RONALD J. TENPAS
Acting Assistant Attorney General

JEAN E. WILLIAMS,
Section Chief

____/s/_____
Robert P. Williams, Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0216
(202) 305-0275 FAX
robert.p.williams@usdoj.gov

*Attorneys for Defendants*

OF COUNSEL:
Thomas Graf
Attorney Advisor
United States Department of the Interior
Office of the Solicitor
Rocky Mountain Regional Office
755 Parfet Street, Suite 151
Lakewood, CO 80215

2