UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MACDONALD, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:06-CV-1946 (RBW) |

**JOINT STIPULATION FOR ONE-WEEK EXTENSION FOR PLAINTIFFS TO MOVE TO SUPPLEMENTATION THE ADMINISTRATIVE RECORD**

On August 31, 2007, plaintiffs and federal defendants filed a Notice Regarding Supplementation the Administrative Record, which stated that plaintiffs would file a Motion to Supplement the Administrative Record today, September 14, 2007. Due to the unexpectedly heavy work load of plaintiffs' lead counsel, defendants' and intervenors' counsel have agreed to stipulate to a one week extension for plaintiffs to file their Motion to Supplement.

Accordingly, plaintiffs, federal defendants, and intervenors stipulate to the following: Plaintiffs shall file their motion to supplement the administrative record and/or challenging defendants' claims of attorney-client privilege by September 21, 2007.

DATED this 14th day of September, 2007.

                                                                                Respectfully submitted,

___/s/_____                              _____
AMY R. ATWOOD                                       RONALD J. TENPAS
D.C. Bar No. (470258)                               Acting Assistant Attorney General
Western Environmental Law Center
1216 Lincoln Street                                 JEAN E. WILLIAMS,
Eugene, Oregon 97405                                Section Chief
541-485-2471

541-485-2457 (fax)
atwood@westernlaw.org

___/s/_____
GEOFF HICKCOX
admitted *pro hac vice*
Western Environmental Law Center
679 East Second Ave, Suite 11B
Durango, CO 81301
970-382-5902
970-385-6804 (fax)
ghickcox@gmail.com

___/s/_____
REBEKAH S. KING
admitted *pro hac vice*
Assistant San Miguel County Attorney
P.O. Box 791
333 W. Colorado Ave., Third Floor
Telluride, CO 81435
970-728-3879
970-728-3718 (fax)
beckyk@sanmiguelcounty.org

Attorneys for Plaintiffs

_____
Courtney Taylor, Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 353-7548
(202) 305-0275 FAX

Attorneys for Defendants

OF COUNSEL:
Thomas Graf
Attorney Advisor
United States Department of the Interior
Office of the Solicitor
Rocky Mountain Regional Office
755 Parfet Street, Suite 151
Lakewood, CO 80215


_/s/ Anurag Varma _____
Anurag Varma
(D.C. Bar No. 471615)
CONLON FRANTZ PHELAN & VARMA LLP
1818 P Street, N.W. #400
Washington, D.C. 20036
Telephone: (202) 331-7050
Facsimile: (202) 331-9306
avarma@conlonfrantz.com

Kent H. Holsinger (admitted *Pro Hac Vice*)
CO Bar No. 33907
HOLSINGER LAW, LLC
350 Indiana Street, Suite 640
Golden, CO 80401
Telephone: (303) 577-4621
Facsimile: (303) 496-1025
kent@holsingerlaw.com

Attorneys for Defendants-Intervenors