UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, ET AL. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-01946 (RBW) |
| | ) |
| JULIE MACDONALD, ET AL., | ) |
| | ) |
| Defendants. | ) |

**STIPULATED SCHEDULE TO FILE OPPOSITION AND REPLY
TO MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

On September 14, 2007, the parties stipulated to allowing Plaintiffs to file a Motion to Supplement the Administrative Record today, September 21, 2007. Due to scheduling conflicts, Federal Defendants sought and Plaintiffs and Defendant-Intervenors agreed to the following schedule to file responsive briefs:

Defendants' Opposition Briefs:   October 12, 2007

Plaintiffs' Reply Brief:   October 19, 2007.

Dated this 21st day of September, 2007.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS
Section Chief

*S/ Courtney Taylor*

Courtney Taylor, Attorney

U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C. 20044-7369
(202) 353-7548

Attorney for Defendants


*S/ Amy Atwood*
_____
Amy R. Atwood
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401

Attorney for Plaintiffs


*S/ Kent Holsinger*
_____
Kent H. Holsinger (admitted Pro Hac Vice)
Holsinger Law, LLC
350 Indiana Street, Suite 640
Golden, Colorado 80401
(303)577-4621

Attorney for Defendants-Intervenors