IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, et al.,<br><br>    Plaintiffs,<br>v.<br><br>MACDONALD, et al.,<br><br>    Defendants,<br><br>and<br><br>COLORADO CATTLEMEN'S ASSOCIATION,<br>8833 Ralston Rd.<br>Arvada, CO  80002-2239<br><br>PARTNERSHIP FOR THE WEST, and<br>350 Indiana Street, Suite 640<br>Golden, CO  80401<br><br>WESTERN CONSERVATION COALITION<br>1074 24 Road<br>Grand Junction, CO  81505<br><br>Defendant-Intervenors | Civ. No. 06-1946 (RBW) |

**NOTICE OF CHANGE OF ADDRESS**

Anurag Varma, formerly of Conlon Frantz Phelan & Varma, LLP hereby advises all parties and the Court that his law firm affiliation has changed as follows:

    Anurag Varma
    (D.C. Bar No. 471615)
    PATTON BOGGS LLP
    2550 M Street, NW
    Washington, DC 20037
    Telephone:  (202) 457-6490
    Facsimile:  (202) 457-6315
    avarma@pattonboggs.com

All correspondence or otherwise to Anurag Varma on behalf of the Colorado Cattlemen's Association, Partnership for the West and Western Conservation Coalition should be directed to the undersigned at his new address.

Submitted this 12th day of October, 2007.

/s/ Anurag Varma
_____
Anurag Varma
(D.C. Bar No. 471615)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
 Telephone:  (202) 457-6490
Facsimile:  (202) 457-6315
avarma@pattonboggs.com

/s/ Kent H. Holsinger
_____
Kent H. Holsinger
Admitted *pro hac vice*
(CO Bar No. 33907)
HOLSINGER LAW, LLC
350 Indiana Street, Suite 640
Golden, CO  80401
Telephone:  (303) 577-4621
Facsimile:  (303) 496-1025
kent@holsingerlaw.com

*Attorneys for Defendant-Intervenors*
*Colorado Cattlemen's Association, Partnership for*
*the West and Western Conservation Coalition*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court via the CM/ESF system, which will send notification of such to the attorneys of record.

| | |
|---|---|
| Courtney Taylor<br>courtney.taylor@usdoj.gov | Amy Atwood<br>atwood@westernlaw.org |
| James A. Maysonett<br>james.a.maysonett@usdoj.gov | Geoff Hickcox<br>ghickcox@gmail.com |
| Thomas Graf<br>sausatomgraf@hotmail.com | Rebekah S. King<br>beckyk@sanmiguelcounty.org |

s/ Anurag Varma
_____
ANURAG VARMA


s/ Kent H. Holsinger
_____
KENT H. HOLSINGER

CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
G  Add Attorney and address to system

**SYSTEMS OFFICE:**
G  Firm moved to new address      G  Verified
G  Address correction/modification
G  Person Name change/correction
G  Firm Name change/correction
G  Create Flag:    G  Pro Bono       G  Pro Hac Vice
G  Other:_____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
G  Pro Se moved to new address
G  (Attorney moved to new address) ← circled
G  Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
G  Create flag:
G  Government    G  Gvt Not Certified    G  RTC Attorney
G  Attorney listed with Aprovisionale flag
G  Attorney listed with Aincompletee flag

---

Case No.: _Civ. No. 06-1946 (RBW)_       G  (Attorney) ← circled       G  Pro Se
Bar ID No.: _471615_                      Prisoner ID No.: _____
Name: _Anurag Varma_

**OLD ADDRESS:**
Office: _Conlon, Frantz, Phelan & Varma_
Unit: _____
Address: _1818 N Street, NW  Suite 400_

City: _Washington_    State: _DC_    Zip: _20036_
Telephone: _(202) 331-7050_

---

**NEW ADDRESS:**
Office: _Patton Boggs LLP_
Unit: _____
Address: _2550 M Street NW_

City: _Washington_    State: _DC_    Zip: _20037_
Telephone: _(202) 457-6490_

COMMENTS: _____

DATE: _October 11, 2007_    Deputy Clerk: _____