UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) MACDONALD, *et al.*, ) ) Defendants. ) ) | Case No. 1:06-CV-1946 (RBW) |

### NOTICE OF CHANGE OF ADDRESS

Amy Atwood, formerly of Western Environmental Law Center, hereby advises all parties and the Court that her law firm affiliation has changed as follows:

> Amy R. Atwood
> (D.C. Bar No. 470258)
> CENTER FOR BIOLOGICAL DIVERSITY
> PO Box 11374
> Portland, Oregon 97211
> 503-283-5474 phone
> 503-283-5528 fax
> atwood@biologicaldiversity.org

All correspondence to Ms. Atwood on behalf of plaintiffs or otherwise should be directed to her at this new address.

DATED:    October 19, 2007            Respectfully submitted,


                                      ___/s/_____
                                      Amy R. Atwood
                                      D.C. Bar No. 470258
                                      Center for Biological Diversity
                                      PO Box 11374
                                      Portland, OR 97211
                                      503-283-5474 phone

503-283-5528 fax
atwood@biologicaldiversity.org

Geoff Hickcox
admitted *pro hac vice*
Western Environmental Law Center
679 East Second Ave, Suite 11B
Durango, CO 81301
970-382-5902
970-385-6804 (fax)
ghickcox@gmail.com

Rebekah S. King
admitted *pro hac vice*
Assistant San Miguel County Attorney
P.O. Box 791
333 W. Colorado Ave., Third Floor
Telluride, CO 81435
970-728-3879
970-728-3718 (fax)
beckyk@sanmiguelcounty.org

Attorneys for Plaintiffs

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
☐ Add Attorney and address to system

**SYSTEMS OFFICE:**
☐ Firm moved to new address    ☐ Verified
☐ Address correction/modification
☐ Person Name change/correction
☐ Firm Name change/correction
☐ Create Flag:    ☐ Pro Bono    ☐ Pro Hac Vice
☐ Other: _____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
☐ Pro Se moved to new address
☑ Attorney moved to new address
☐ Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
☐ Create flag:
☐ Government    ☐ Gvt Not Certified    ☐ RTC Attorney
☐ Attorney listed with "provisional" flag
☐ Attorney listed with "incomplete" flag

Case No.: 06-1946 (RBW)    ☑ Attorney    ☐ Pro Se
Bar ID No.: 470258    Prisoner ID No.: _____
Name: Amy R. Atwood

**OLD ADDRESS:**
Office: Western Environmental Law Center
Unit: _____
Address: 1216 Lincoln Street

City: Eugene    State: OR    Zip: 97401
Telephone: (541) 485-2471

**NEW ADDRESS:**
Office: Center for Biological Diversity
Unit: _____
Address: PO Box 11374

City: Portland    State: OR    Zip: 97211
Telephone: (503) 283-5474

COMMENTS: _____

DATE: October 19, 2007    Deputy Clerk: _____