UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MACDONALD, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:06-CV-1946 (RBW) |

### ERRATA

Exhibit S in support of Plaintiffs' Motion For Supplementation Of The Administrative Record, Adequate Certification Of The Record, Challenging Defendants' Claims Of Attorney-Client Privilege And For *In Camera* Review Of Defendants' Privilege Claims, And For Judicial Notice Of An Inspector General Report On Julie MacDonald (Dock. No. 34), which was to be filed with plaintiffs' reply memorandum on October 19, 2007, was inadvertently omitted except the cover page. Accordingly, plaintiffs are filing Exhibit S as an attachment to this Errata today.

DATED:   October 22, 2007         Respectfully submitted,


                                  ___/s/_____
                                  Amy R. Atwood
                                  D.C. Bar No. 470258
                                  Center for Biological Diversity
                                  PO Box 11374
                                  Portland, OR 97211
                                  503-283-5474 phone
                                  503-283-5528 fax
                                  atwood@biologicaldiversity.org

                                  Geoff Hickcox
                                  admitted *pro hac vice*
                                  Western Environmental Law Center

679 East Second Ave, Suite 11B
Durango, CO 81301
970-382-5902
970-385-6804 (fax)
ghickcox@gmail.com

Rebekah S. King
admitted *pro hac vice*
Assistant San Miguel County Attorney
P.O. Box 791
333 W. Colorado Ave., Third Floor
Telluride, CO 81435
970-728-3879
970-728-3718 (fax)
beckyk@sanmiguelcounty.org

Attorneys for Plaintiffs

# Exhibit S:

# Letter from DOI Inspector General Earl E. Devaney to Congressman Nick J. Rahall, II (Mar. 23, 2007)



# United States Department of the Interior
OFFICE OF INSPECTOR GENERAL
Washington, DC 20240

MAR 23 2007

The Honorable Nick J. Rahall, II
Chairman, Committee on Natural Resources
U.S. House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

This is in response to your letter requesting the Office of Inspector General's (OIG) Report of Investigation (ROI) into allegations that Deputy Assistant Secretary for Fish and Wildlife and Parks, Julie MacDonald, had interfered with scientific findings of Fish and Wildlife staff relative to Endangered Species Act issues.

We are providing two unredacted copies of the Report, one copy for the majority and one for you to share with the minority Committee members. The unredacted version of the Report includes personal privacy and other information that would not be released to the public under the Freedom of Information and Privacy Acts. Therefore, we respectfully request that the Committee treat this information accordingly. The second version of the ROI has been redacted to protect personal privacy and other information that would not be released to the public. While we have not received the requisite number of FOIA requests to place the redacted version on our website pursuant to 3-FOIA, this is the version of the report that we would post upon receipt of three FOIA requests.

If you have any questions about this Report, please do not hesitate to contact me at (202) 208-5745; or your staff may contact Kris Kolesnik, Associate Inspector General for External Affairs at (202) 513-0326.

Sincerely,

Earl E. Devaney
Inspector General

Enclosures