UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MACDONALD, *et al.*, <br><br> Defendants. | ) <br> ) <br> )    Case No. 1:06-CV-1946 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION AND ORDER

On November 14, 2006, plaintiffs – County of San Miguel, Colorado; Sagebrush Sea Campaign; Center for Native Ecosystems; Forest Guardians; The Larch Company; Sinapu; Center for Biological Diversity; Public Employees for Environmental Responsibility; Black Canyon Audubon Society; and Sheep Mountain Alliance – filed this action pursuant to the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 *et seq.*, and the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*  Complaint (Dock. No. 1).  Plaintiffs challenge defendants' "not warranted" 12-month finding for Gunnison sage-grouse under the ESA.  *Id.* at ¶¶ 71-74.

Federal defendants filed an Answer on January 30, 2007.  Df. Answer (Dock. No. 10). After being granted intervention, defendant-intervenors filed an Answer on August 21, 2007. Int. Answer (Dock. No. 30).

Plaintiffs have prepared a First Amended Complaint for Declaratory and Injunctive Relief in which they add a plaintiff, National Audubon Society, and remove Julie MacDonald, former Deputy Assistant Secretary for Fish, Parks, and Wildlife for the Department of the Interior, as a federal defendant.

Accordingly, the parties hereby stipulate to the following:

1.     The parties agree to stipulate to allow plaintiffs' to file, without defendants' or intervenors' objection, a First Amended Complaint in this case;

2.     In so stipulating, defendants and intervenors do not waive any defenses or objections to plaintiffs' claims and allegations; and

3.     The parties agree to setting a date of November 2, 2007 for defendants and intervenors to file and serve their Answers to Plaintiffs' First Amended Complaint.

DATED:  October 25, 2007                               Respectfully submitted,

_/s/ Amy Atwood_____                               _____
AMY R. ATWOOD                                          RONALD J. TENPAS
D.C. Bar No. (470258)                                  Acting Assistant Attorney General
Center for Biological Diversity
PO Box 11374                                           JEAN E. WILLIAMS,
Portland, Oregon 97211                                 Section Chief
503-283-5474
503-283-5528 (fax)                                     _/s/ Courtney Taylor_____
atwood@biologicaldiversity.org                         Courtney Taylor, Trial Attorney
                                                       Wildlife & Marine Resources Section
_/s/ Geoff Hickcox_____                             Environment & Natural Resources Division
GEOFF HICKCOX                                          U.S. Department of Justice
admitted *pro hac vice*                                Ben Franklin Station, P.O. Box 7369
Western Environmental Law Center                       Washington, D.C. 20044-7369
679 East Second Ave, Suite 11B                         (202) 353-7548
Durango, CO 81301                                      (202) 305-0275 FAX
970-382-5902
970-385-6804 (fax)                                     Attorneys for Defendants
ghickcox@gmail.com
                                                       OF COUNSEL:
_/s/ Rebekah King_____                              Thomas Graf
REBEKAH S. KING                                        Attorney Advisor
admitted *pro hac vice*                                United States Department of the Interior
Assistant San Miguel County Attorney                   Office of the Solicitor
P.O. Box 791                                           Rocky Mountain Regional Office
333 W. Colorado Ave., Third Floor                      755 Parfet Street, Suite 151
Telluride, CO 81435                                    Lakewood, CO 80215
970-728-3879
970-728-3718 (fax)

| | |
|---|---|
| beckyk@sanmiguelcounty.org | _/s/ Anurag Varma _____ |
| | Anurag Varma |
| Attorneys for Plaintiffs | (D.C. Bar No. 471615) |
| | PATTON BOGGS LLP |
| | 2550 M Street, NW |
| | Washington, DC 20037 |
| | Telephone: (202) 457-6490 |
| | Facsimile: (202) 457-6315 |
| | avarma@pattonboggs.com |

_/s/ Kent Holsinger_____
Kent H. Holsinger (admitted *Pro Hac Vice*)
CO Bar No. 33907
HOLSINGER LAW, LLC
350 Indiana Street, Suite 640
Golden, CO 80401
Telephone: (303) 577-4621
Facsimile: (303) 496-1025
kent@holsingerlaw.com

Attorneys for Defendants-Intervenors

**SO ORDERED** this _____ day of _____, 2007:

_____
Reggie B. Walton
United States District Court Judge

Copies to:

| | |
|---|---|
| Amy R. Atwood | Courtney Taylor |
| Center for Biological Diversity | Wildlife & Marine Resources Section |
| PO Box 11374 | Environment & Natural Resources Division |
| Portland, OR 97211 | U.S. Department of Justice |
| atwood@biologicaldiversity.org | Ben Franklin Station, PO Box 7369 |
| | Washington, D.C. 20044-7369 |

Kent H. Holsinger
HOLSINGER LAW, LLC
350 Indiana Street, Suite 640
Golden, CO 80401
kent@holsingerlaw.com