# County of San Miguel, Col., et al. v. Julie McDonald, et al.
## 1:06-cv-1946 RBW (D.D.C.)

**GUNNISON SAGE-GROUSE 12-MONTH FINDING**
**Administrative Record**

### DECLARATION OF Charles P. Davis

I, Charles P. Davis, state the following:

1. Since February 1997, I have been employed as a staff biologist in the Denver Regional Office of the United States Fish and Wildlife Service, and currently serve as the Endangered Species Litigation Coordinator.

2. The U.S. Fish and Wildlife Service, Western Colorado Ecological Field Office is the custodian for the Gunnison Sage-grouse Administrative Record, and that office provided me with copies of the documents in the record.

3. I coordinated and compiled the documents and the index that make up the Gunnison Sage-grouse Administrative Record.

4. I hereby certify that the documents identified in the index accompanying this declaration comprise the full and complete administrative record for listing decisions for the Gunnison sage-grouse.

5. This declaration is made under provision of Section 1746 of Title 28 of the United States Civil Code. I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

6. Executed on April 13, 2007, at Lakewood, Colorado

Charles P. Davis
Endangered Species Litigation Coordinator