IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNTY OF SAN MIGUEL, COLORADO, et al.,

      Plaintiffs,

v.

MACDONALD, et al.,

      Defendants,

and

COLORADO CATTLEMEN'S ASSOCIATION,    Civ. No. 06-1946 (RBW)
8833 Ralston Rd.
Arvada, CO  80002-2239

PARTNERSHIP FOR THE WEST, and
350 Indiana Street, Suite 640
Golden, CO  80401

WESTERN CONSERVATION COALITION
1074 24 Road
Grand Junction, CO  81505

Defendants-Intervenors

## NOTICE OF CHANGE OF FIRM ADDRESS

    Holsinger Law, LLC advises all parties and the Court that the law firm address
has changed as follows:

      Kent Holsinger, CO. Bar No. 33907
      HOLSINGER LAW, LLC
      104 Broadway, 3rd Floor
      Denver, CO 80203
      Telephone: (303) 722-2828
      Fax: (303) 496-1025
      Email: kholsinger@holsingerlaw.com

    All correspondence or otherwise on behalf of Defendants-Intervenors Colorado
Cattlemen's Association, Partnership for the West and Western Conservation Coalition
should be directed to the undersigned at the firm's new address.

Respectfully Submitted this 19th day of February, 2008.


/s/ Anurag Varma
_____
Anurag Varma
(D.C. Bar No. 471615)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6490
Facsimile: (202) 3457-6315
avarma@pattonboggs.com

s/ Kent Holsinger
_____
Kent Holsinger
Admitted *Pro Hac Vice*
CO Bar No. 33907
HOLSINGER LAW, LLC
104 Broadway, 3rd Floor
Denver, CO 80203
Telephone: (303) 722-2828
Facsimile: (303) 496-1025
kholsinger@holsingerlaw.com

*Attorneys for Defendants-Intervenors*
*Colorado Cattlemen's Association, Partnership for*
*the West and Western Conservation Coalition*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court via the CM/ESF system, which will send notification of such to the attorneys of record.

| | |
|---|---|
| Courtney Taylor<br>courtney.taylor@usdoj.gov | Amy Atwood<br>atwood@biologicaldiversity.org |
| James A. Maysonett<br>James.a.maysonett@usdoj.gov | Geoff Hickcox<br>ghickcox@gmail.com |
| Thomas Graf<br>sausatomgraf@hotmail.com | Rebekah S. King<br>beckyk@sanminguelcounty.org |

s/ Anurag Varma

_____

ANURAG VARMA

s/ Kent Holsinger

_____

KENT HOLSINGER