UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, *et al.*      ) | |
| ) | |
| Plaintiffs,      ) | |
| ) | |
| v.      ) | Case No. 1:06-cv-01946 (RBW) |
| ) | |
| DIRK A. KEMPTHORNE, *et al.*      ) | |
| ) | |
| Defendants.      ) | |
| ) | |

**FEDERAL DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

Federal Defendants notify the Court and Counsel that LISA LYNNE RUSSELL of the United States Department of Justice is substituted for COURTNEY O'HARA TAYLOR as counsel for the Federal Defendants in the above-captioned action.  Relevant address, telephone numbers, and contact information for Ms. Russell are as follows:

MAILING ADDRESS
Lisa Lynne Russell
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369

OVERNIGHT DELIVERY/STREET ADDRESS
Lisa Lynne Russell
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3033
Washington, D.C.  20004

TELEPHONE AND FAX NUMBERS
Telephone: (202) 305-0388
Facsimile:  (202) 305-0275

ELECTRONIC CORRESPONDENCE:
lisa.russell@usdoj.gov

                Respectfully submitted,

                RONALD J. TENPAS
                Assistant Attorney General
                JEAN WILLIAMS, Chief

                *s/ Lisa Lynne Russell*
                LISA LYNNE RUSSELL, Assistant Chief
                Environment & Natural Resources Division
                Wildlife & Marine Resources Section
                Ben Franklin Station, P.O. Box 7369
                Washington, D.C. 20044-7369
                Telephone: (202) 305-0388
                Facsimile: (202) 305-0275
                lisa.russell@usdoj.gov

                Attorneys for Defendants

# CERTIFICATE OF SERVICE

      I, Lisa Lynne Russell, certify that on this 14th Day of August 2008, I caused a true and correct copy of the foregoing Notice of Substitution of Counsel to be served on the foregoing by means of filing such with the Court's electronic case filing system:

Amy R. Atwood
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
(503) 283-5474
(503) 283-5528 (fax)
atwood@biologicaldiversity.org

Geoff Hickcox
679 East 2nd Avenue
Suite 11B
Durango, CO 81301
(970) 382-5902
(970) 385-6804 (fax)
ghickcox@gmail.com

Kent H. Holsinger
HOLSINGER LAW, LLC
104 Broadway
3rd Floor
Denver, CO 80203
(303) 722-2828
(303) 496-1025 (fax)
kholsinger@holsingerlaw.com

Rebekah S. King
Assistant Attorney for San Miguel County
333 W. Colorado Avenue
Third Floor
P.O. Box 791
Telluride, CO 81435
(970) 728-3879
(970) 728-3718 (fax)
beckyk@sanmiguelcounty.org

James A. Maysonett
U.S. DEPARTMENT OF JUSTICE
P.O.Box 7369
Ben Franklin Station
Washington, DC 20044-7369
(202) 305-0216
(202) 305-0275 (fax)
james.a.maysonett@usdoj.gov

Anurag Varma
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6490
(202) 457-6315 (fax)
AVarma@PattonBoggs.com

*s/ Lisa Lynne Russell*
Lisa Lynne Russell
Wildlife & Marine Resources Section
202-305-0388
lisa.russell@usdoj.gov