# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, et al., | ) ) ) ) No. 1:06-cv-01946-RBW |
| Plaintiffs, | ) ) **NOTICE OF ATTORNEY APPEARANCE** |
| v. | ) |
| DIRK KEMPTHORNE, et al., | ) |
| Defendants, | ) |
| COLORADO CATTLEMEN'S ASSOCIATION, et al., | ) |
| Intervenor-Defendants. | ) |

On behalf of Federal Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United States Fish and Wildlife Service, the United States enters the appearance of Lawson E. Fite, Trial Attorney, as counsel for this matter. Mr. Fite's contact information is as follows:

<u>U.S. Mail</u>
U.S. Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P. O. Box 7369
Washington, D.C. 20044-7369

<u>Telephone</u>
202-305-0217

<u>Facsimile</u>
202-305-0275

<u>Overnight or Hand Delivery</u>
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D St., N.W.
Room 3033
Washington, D.C. 20004

<u>Electronic Mail</u>
lawson.fite@usdoj.gov

Dated: August 27, 2008            Respectfully Submitted,

RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Asst. Section Chief

            */s/ Lawson E. Fite*
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 055573)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTY OF SAN MIGUEL, COLORADO, et al., | No. 1:06-cv-01946-RBW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| DIRK KEMPTHORNE, et al., | |
| Defendants, | |
| COLORADO CATTLEMEN'S ASSOCIATION, et al., | |
| Intervenor-Defendants. | |

I hereby certify that on August 27, 2008, I electronically filed the foregoing NOTICE OF ATTORNEY APPEARANCE with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Lawson E. Fite*

LAWSON E. FITE